UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| M&T MORTGAGE CORPORATION | ) | |
|---|---|---|
| | ) | |
| V. | ) | NO. 2:06-CV-35 |
| | ) | |
| MAPLE CREEK HOMES INC., *ET AL.* | ) | |

**O R D E R**

Upon the consent of the parties, pursuant to 28 U.S.C. § 636(c), this case was referred to the magistrate judge for trial and complete disposition. Notwithstanding that it has been referred to the magistrate judge upon consent of the parties, the magistrate judge has filed a Report and Recommendation in which he requests that the district judge order the Clerk of this Court to enter judgment of default against two defendants, Hughes and Golden, who are in default.

No objections have been filed to the Report and Recommendation.

The Report and Recommendation of the magistrate judge officially describes the facts and need not be repeated herein.

Out of an abundance of caution, plaintiff's motion for entry of a default judgment against the defendant Donna Golden (Doc. 29) and plaintiff's motion for a default judgment against the defendant Kathy Hughes (Doc 30) are granted, *nunc pro tunc*, May 4, 2007.

SO ORDERED:

                                                                  s/J. Ronnie Greer
                                                                  United States District Judge